IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-cv-00181-MOC-WCM

NATIONAL TRANSPORT INSURANCE )
*as subrogee of* Amcor Flexibles )
Singen GMBH *as subrogee of* )
Amcor Flexibles, LLC )
                                      Plaintiff, )
v.                                        )     ORDER

CLT AIR FREIGHT CARRIER, LLC; )
TRANSFAIR NORTH AMERICA )
INTERNATIONAL FREIGHT )
SERVICES, LLC *doing business as* )
Transgroup International )
*doing business as* Transgroup Express )
Lines *doing business as* Transgroup )
Global Logistics *doing business as* )
Transgroup Worldwide Logistics; )
TRANSGROUP EXPRESS, LLC )
*doing business as* Transgroup Global )
Logistics *doing business as* )
Transgroup Worldwide Logistics )
*doing business as* Transfair )
International *doing business as* )
Transfreight )
                                   Defendants. )

      This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 15) filed by Ryan Niland. The Motion indicates that Mr. Niland, a member in good standing of the Bar of this Court, is local counsel for Defendants Transfair North America International Freight Services, LLC

and Transgroup Express, LLC and that he seeks the admission of David M. Collins, who the Motion represents as being a member in good standing of the Bar of the State of South Carolina. It further appears that the requisite admission fee has been paid. Accordingly, the Court **GRANTS** the Motion (Doc. 15) and **ADMITS** David M. Collins to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: December 3, 2020

W. Carleton Metcalf
United States Magistrate Judge